**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001089
18-DEC-2014
10:14 AM**

NO. CAAP-14-0001089

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GARRETT PERREIRA, Plaintiff-Appellee, v.
MOBILE FLEET IMAGES, INC., Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC13-1-7445)

ORDER APPROVING THE DECEMBER 8, 2014
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss
Appeal" (**stipulation**), filed by Defendant-Appellant Mobile Fleet
Images, Inc. (**Appellant**), on December 8, 2014, and the record, it
appears that (1) Appellant and Defendant-Appellee Garrett
Perreira stipulate to dismiss Appeal No. CAAP-14-0001089; (2) the
attorneys for the parties have signed the stipulation; (3) the
stipulation provides that no fees or costs are due to the court;
and (4) Hawai'i Rules of Appellate Procedure Rule 42(b) provides,
"If the parties to a docketed appeal . . . sign and file a
stipulation for dismissal, specifying the terms as to payment of
costs, and pay whatever fees are due, the case shall be dismissed
upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, the parties shall bear their own fees and costs, and Appeal No. CAAP-14-0001089 is dismissed. All pending motions are dismissed as moot.

DATED: Honolulu, Hawai'i, December 18, 2014.

Chief Judge

Associate Judge

Associate Judge